[No. 4540–4–III.   Division Three.   April 20, 1982.]

ROBERT HENDERSON, ET AL, *Respondents,* v. JACK E. IRWIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 7346, Harold D. Clarke, J., entered April 14, 1981. *Affirmed* by unpublished opinion per Roe,

J., concurred in by McInturff, C.J., and Green, J.